IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CASE NO. 1:19CV133

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | DEFAULT JUDGMENT |
| | ) | |
| WILLIAM M. FERGUSON, | ) | |
| Defendant. | ) | |

UPON CONSIDERATION OF the plaintiff's Motion for Default Judgment, and the entire record,

IT IS HEREBY ORDERED that the plaintiff's Motion for Default Judgment is GRANTED;

IT IS FURTHER ORDERED that Judgment by Default is hereby entered against the defendant for failure to answer and in favor of the plaintiff, the United States of America, against the defendant in the principal amount of $39,150.25, with interest of $880.88 accrued as of November 13, 2018, plus interest accruing daily after that date in the amount of $2.4134, together with present and future costs and disbursements incurred by plaintiff in this action;

IT IS FURTHER ORDERED that interest after date of entry of this judgment shall be at the applicable judgment rate;

IT IS FURTHER ORDERED that the plaintiff's Security Agreement be foreclosed and that all right, title, and interest of William M. Ferguson or any persons holding by, through, and under him, including any equity or redemption or rights of power, and rights of any junior lienholders, be forever barred in and to the property;

IT IS FURTHER ORDERED that the United States Marshals Service enter upon the land of the defendant, or other location, to seize the collateral for the aforesaid loan;

IT IS FURTHER ORDERED that upon foreclosure and possession, the said property be sold by the Marshals Service in any commercially reasonable manner, including using a broker to assist in the sale of the property; and

IT IS FURTHER ORDERED that out of the proceeds of said sale, after payment of costs associated with the sale, the plaintiff be paid the amount thereof on its claims above described.

SO ORDERED. This 20th day of June, 2019.

*Frank G. Johns, Clerk*